Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Thermogenesis Corp. v. Origen Biomedical, Inc.

No. 15-1122

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Thermogenesis Corp.
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: JoAnna M Esty
Law firm: Majesty Law Group PLC
Address: 9719 Pulaski Hwy.
City, State and ZIP: Middle River, MD 21220
Telephone: (410) 686-6072
Fax #: (888) 618-0360
E-mail address: jmesty@majestylaw.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1988

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

11/12/14
Date

/s/ JoAnna M Esty
Signature of pro se or counsel

cc: _____

123

Form 30

**FORM 30. Certificate of Service**

<div style="border:1px solid black; padding:1em;">

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  11/13/2014
by:

☒ US mail
☐ Fax
☐ Hand
☐ Electronic Means
  (by email or CM/ECF)

| JoAnna M. Esty | /s/ JoAnna M. Esty |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm  Majesty Law Group PLC

Address  9719 Pulaski Highway

City, State, ZIP  Middle River, MD 21220

Telephone Number  410-686-6072

FAX Number  888-618-0360

E-mail Address  jmesty@majestylaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

</div>